JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WORLDWIDE, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>STEAM LOGISTICS, LLC, a Tennessee limited liability company, et al.,<br><br>Defendants. | CASE NO. CV 24-00930-DMG (KSx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION [82]** |

The Court, having reviewed the parties' Stipulation for Dismissal [Doc. # 82], and finding good cause therefor, hereby **APPROVES** the Stipulation and **ORDERS** as follows:

1. All claims and causes of action asserted in the above-entitled action are hereby **DISMISSED with prejudice**.
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 1, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE